UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-102-1BR

UNITED STATES OF AMERICA

v.

ORDER

JONES TYLER MARTIN

On even date herewith, in open court, defendant moved for an order directing the United States Marshal Service to house defendant in the general population. Defendant waived any right to protective custody. As stated in open court, the motion is ALLOWED. The United States Marshal Service is DIRECTED to house defendant in the general population and to take every reasonable effort to protect defendant in that situation, short of any solitary confinement.

This 30 January 2017.

_____
W. Earl Britt
Senior U.S. District Judge