UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-102-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONES TYLER MARTIN | ) | |

This matter is before the court on the government's motion for leave to destroy evidence seized during the investigation of this case and which defendant used to commit the instant offenses. (DE # 64.) The government served defendant with a copy of the motion at his last known address. Defendant has not filed a response to the motion nor his own motion for return of the property.

Although jurisdiction of defendant's supervised release has been transferred to another district, (see DE # 65), this court retains authority over other aspects of defendant's case, see United States v. Coppler, No. 1:14CR-00023-GNS, 2017 WL 194280, at *1 (W.D. Ky. Jan. 17, 2017) (the supervised release transferee court recognizing it lacked jurisdiction to rule on the defendant's motion to amend the forfeiture order and such jurisdiction properly rested with the sentencing court). For good cause shown, the motion is ALLOWED. The Naval Criminal Investigative Service may dispose of the evidence listed in the motion by destruction, incapacitation, or other means in accordance with its regulations. The Clerk is DIRECTED to serve a copy of this order on defendant at his last know address obtained from the United States

Probation Office.

    This 4 October 2021.

                                     _____
                                        W. Earl Britt
                                        Senior U.S. District Judge